*Lewis F. X. Cotignola* and *David C. Bennett* for appellant.

*Charles E. Lapp, Jr.,* and *James M. O'Connell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

ALICE E. PITTS, Appellant, *v.* JOSEPH D. McGOLDRICK, State Rent Administrator, as Temporary State Housing Rent Commission, Respondent.

Argued May 28, 1951; decided July 11, 1951.

*Eugene R. Hurley* for appellant.
*Beatrice Shainswit* and *Robert H. Schaffer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD M. MACKENNA, Appellant.

Submitted July 11, 1951; decided July 11, 1951.

Motion for reargument denied. [See 298 N. Y. 494.]